UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE H. MORAN,<br><br>Plaintiff,<br><br>-against-<br><br>THE RECEIVABLE MANAGEMENT SERVICES LLC,<br><br>Defendant. | **26-CV-7237 (JGLC)**<br><br>**ORDER OF SERVICE** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who resides in Yonkers, New York, brings this action pro se. Plaintiff asserts claims for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. By order dated August 27, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

### A. Service on Named Defendant

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to assistance from the court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall

[1] Although a summons and complaint generally must be served within 90 days of the date the complaint is filed, *see* Fed. R. Civ. P. 4(m), Plaintiff is proceeding IFP and could not effect service until the Court reviewed the complaint and ordered that any summonses issue. The Court therefore extends the time to serve until 90 days after the date a summons issues.

If the complaint is not served within this 90-day period, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant Receivable Management Services, LLC through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the defendant. The Clerk of Court is further instructed to issue summons for the defendant and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the defendant.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant Receivable Management Services, LLC, complete the USM-285 form with the address for the defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is further directed to mail an information package and copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 1, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

1. Receivable Management Services, LLC
c/o C T CORPORATION SYSTEM
28 Liberty Street, New York, New York 10005